**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover<br>Court Reporter: Paul Zuckerman<br>Probation Officer: Caryl Ricca | Date: June 7, 2010 |

Criminal Action No. 09-cr-00525-MSK

| *Parties*: | *Counsel*: |
|---|---|
| UNITED STATES OF AMERICA, | Joseph Mackey |
| Plaintiff, | |
| v. | |
| ELIAZAR VIAA-CEDILLO, | Kathryn Stimson |
| Defendant. | |

### SENTENCING MINUTES

 **9:12 a.m.** **Court in session**.

Defendant present in custody.

**Change of Plea Hearing on February 17, 2010.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (Doc. #17).  Argument by Ms. Stimson.  The Government objects.

Allocution. - Statements made by:  The Government, the defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** Defendant's Motion for Non-Guideline Sentence (**Doc. #17**) is **DENIED**. **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:46 a.m.** **Court in recess.**

Total Time: 34 minutes.
Hearing concluded.